*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, STEPHENS, and BAKER,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Lucas R. PASSA**
Missile Technician Third Class (E-4), U.S. Navy
Appellant

**No. 202000041**

Decided: 22 July 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Kimberly J. Kelly (arraignment)
Chad Temple (trial)

Sentence adjudged 13 December 2019 by a general court-martial convened at Naval Base Kitsap Bremerton, Washington, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 18 months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Scott Stoebner, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court